UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HENRY YOUNG, | 1:06-cv-00042 LJO TAG  (HC) |
| Petitioner, | |
| vs. | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME |
| RODERICK HICKMAN, et al., | (Doc. 18) |
| Respondents. | |

On March 3, 2008, Petitioner filed a motion for a 30-day extension of time (Doc. 18) to file objections to the Magistrate Judge's Findings and Recommendations.  The objections were due by March 3, 2008.  The Court has considered Petitioner's motion, finds that good cause exists to grant it, and makes the following order:

1. Petitioner's motion for an extension of time to file objections is GRANTED (Doc. 18);

2. Petitioner shall have to and including April 3, 2008, to file his objections to the Findings and Recommendations; and

3. This order is made nunc pro tunc to March 3, 2008.

IT IS SO ORDERED.

Dated:   **March 11, 2008**                                          /s/ Theresa A. Goldner
                                                                                       UNITED STATES MAGISTRATE JUDGE