# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HENRY YOUNG,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>RODERICK HICKMAN, et al.,<br><br>　　　　　　　Respondents. | 1:06-cv-00042 LJO-TAG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 17)<br><br>ORDER GRANTING MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS (Doc. 14)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　On February 8, 2008, the Magistrate Judge assigned to the case filed Findings and Recommendations recommending the petition for writ of habeas corpus be dismissed because Petitioner failed to comply with 28 U.S.C. § 2254(d)'s one year limitations period. (Doc. 17). The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order. On March 17, 2008, Petitioner filed objections to the Magistrate Judge's Findings and Recommendations. (Doc. 20).

　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendations are

supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 8, 2008 (Doc. 17), are ADOPTED IN FULL;
2. Respondent's motion to dismiss (Doc. 14), is GRANTED;
3. The petition for writ of habeas corpus (Doc. 1), is DISMISSED; and
4. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   March 27, 2008**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE